**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS PENSION FUND; )
and ARTHUR H. BUNTE, JR., as Trustee, )
)
                 *Plaintiffs,* )    Case No. 12 C 4722
      v. )
)    Honorable Joan B. Gottschall
BOICHOT CONCRETE CORPORATION, )    District Judge
a Michigan corporation, )
)
                 *Defendant.* )

## PLAINTIFFS' MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte, Jr., as trustee, by and through their undersigned counsel, hereby move the Court to enter a consent judgment in favor of Plaintiffs and against Defendant, Biochot Concrete Corporation (the "Defendant"). In support of thereof, Plaintiffs state as follows:

1.    Plaintiffs filed this action to collect withdrawal liability from Defendant under the Employee Retirement Income Security Act of 1974 ("ERISA") *as amended* by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001 *et seq.*

2.    Plaintiffs and Defendant have agreed to the entry of a consent judgment against Defendant and in favor of Plaintiffs.

3.    In light of the foregoing, Plaintiffs request that this Court enter a consent judgment against Defendant.

4.    Prior to the filing of this motion, Plaintiffs' counsel contacted Defendant's counsel stated that he agreed to the granting of this motion.

5.     A copy of the proposed Consent Judgment is attached hereto as Exhibit 1 for the Court's review and will also be submitted electronically to the Court's e-mail address for proposed orders.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter the Consent Judgment attached hereto as Exhibit 1.

Respectfully submitted,


_/s/ Anthony E. Napoli_____
Anthony E. Napoli
Attorney for Central States, Southeast and Southwest Areas Pension Fund
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois  60018-4938
(847) 518-9800, Ext. 3702
ARDC # 06210910
March 22, 2013                         tnapoli@centralstatesfunds.org